UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK J. WARFIELD,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY PUBLIC DEFENDERS OFFICES, et al.,<br><br>Defendants. | No. 2:22-cv-00782-TLN-JDP<br><br>**ORDER** |

On January 26, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Plaintiff filed objections on February 2, 2023 and February 8, 2023, and both were considered by the Court. (ECF Nos. 33, 36.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed *de novo* by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 26, 2023, (ECF No. 31) are adopted;

2. Plaintiff's Motions for Injunctive Relief, (ECF Nos. 3 & 20), are DENIED;

3. The operative Complaint, (ECF No. 30), is DISMISSED without leave to amend;

4. Plaintiff's Motions for Information and to File Documents Electronically, (ECF Nos. 6, 25), are DENIED as moot; and

5. The Clerk of Court is directed to close the case.

**DATED: February 15, 2023**

Troy L. Nunley
United States District Judge